# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

VALLEY COMMUNITY BANK,        : No. 518 MAL 2014
INCORPORATED AS               :
COMMONWEALTH BANK, TO THE USE   :
OF OSPREY PORTFOLIO, LLC.        : Petition for Allowance of Appeal from the
                                       : Order of the Superior Court
                                       :
             v.                         :
                                       :
                                       :
TODD J. O'MALLEY; PETER T.        :
O'MALLEY                       :
                                       :
                                       :
PETITION OF: TOOD J. O'MALLEY      :

## ORDER

**PER CURIAM**

       **AND NOW**, this 21st day of January, 2015, the Petition for Allowance of Appeal is **DENIED**.